Jonas J. Klein, as Administrator, etc., of Herman Klein, Deceased, Respondent, v. Mary Arnheiter, Appellant.— Order denying defendant's motion to dismiss complaint for insufficiency, or to strike out certain allegations in paragraphs 5 and 8 thereof as irrelevant, or to direct plaintiff to serve an amended complaint, affirmed, with ten dollars costs and disbursements, with leave to defendant to serve an answer within five days from service of a copy of the order herein upon payment of such costs. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

Celia Mogilevich, Appellant, v. Abraham G. Grayzel and Solomon Grayzel, the Latter Also Known as Samuel Grazel, as Executors, etc., of Aaron Meislin, Deceased, Respondents.— Order granting defendants' motion for a bill of particulars affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

Martha Muchnick, an Infant, by Herman Muchnick, Her Guardian ad Litem, Respondent, v. Morris Spitzer, Appellant. Herman Muchnick, Respondent, v. Morris Spitzer, Appellant.— Judgment in favor of respondents reversed upon the law and the facts, with costs, and complaints dismissed, with costs. The facts proved upon the trial were insufficient to constitute a cause of action, and justify a dismissal of the complaints. (*Strasbourger* v. *Leerburger*, 233 N. Y. 55.) Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

Fred Nann, as President of Local Union No. 3 of the Amalgamated Food Workers, an Unincorporated Association Consisting of Seven or More Persons, Respondent, v. Lasar Raimist, as Treasurer of Local No. 500 of the Bakery and Confectionery Workers' International Union of America, an Unincorporated Association Consisting of Seven or More Persons, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

Robert Nimmins, Appellant, v. The Long Island Railroad Company, Respondent.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Tompkins, JJ.

Angelos Pappas, Respondent, v. D. & A. Sclafani, Inc., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Tompkins, JJ.

The People of the State of New York, Respondent, v. Jacob Levine, Appellant.— Judgment of conviction of the Court of Special Sessions, Borough of Queens, unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Tompkins, JJ.